Case 6:25-cr-10062-EFM   Document 1   Filed 04/17/25   Page 1 of 8

FILED
U.S. District Court
District of Kansas
4/17/2025

Clerk, U.S. District Court
By____mv____Deputy Clerk

# UNITED STATES DISTRICT COURT
## District of Kansas
### (Wichita Docket)

UNITED STATES OF AMERICA,

        Plaintiff,

        v.                CASE NO. 25-6076-BGS

**CHASE BOYD,**

        Defendant.

# COMPLAINT

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

## COUNT 1

**POSSESSION OF AMMUNITION BY A PROHIBITED PERSON**
**[18 U.S.C. § 922(g)(1)]**

On or about April 7, 2025, in the District of Kansas, the defendant,

**CHASE BOYD,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate commerce, ammunition, said ammunition having been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

I further state that I am a Special Agent with the Bureau of Alcohol Tobacco Firearms and Explosives, and that this Complaint is based on the following facts:

**SEE ATTACHED AFFIDAVIT WHICH IS INCORPORATED HEREIN BY REFERENCE.**

JORDAN L. PFENNINGER, Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to before me and subscribed by telephone this 17th day of April, 2025, at Wichita, Kansas.

After reviewing this Complaint and the accompanying Affidavit, there is probable cause to believe that defendant, Chase Boyd, committed the offense set forth in this Complaint.

Brooks G. Severson
United States Magistrate Judge

Signature of Judicial Officer

2

# PENALTIES

**Count 1 – [18 U.S.C. § 922(g)(1)]**

- Punishable by a term of imprisonment of not more than fifteen (15) years. 18 U.S.C. § 924(a)(8).

- A term of supervised release of not more than three (3) years. 18 U.S.C. § 3583(b)(2).

- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.

# AFFIDAVIT

I, Jordan L. Pfenninger, (here-in-after known as Affiant) being duly sworn, hereby depose and say:

1. The affiant is currently employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), assigned to the Wichita, Kansas Field Office, and have been since May 2023. As a Special Agent with ATF, affiant attended the Federal Law Enforcement Training Center (FLETC) ATF Special Agent Basic Training (SABT). Prior to being employed by ATF, affiant was employed by the United States Department of Agriculture-Office of Inspector General (USDA-OIG) as a Special Agent. As a Special Agent with USDA-OIG affiant attended the FLETC Criminal Investigator Training Program (CITP). Prior to being employed with USDA-OIG affiant was US Mint Police as a Police Officer and attended the FLETC Uniformed Police Training Program (UPTP). Prior to being employed by the US Mint Police affiant was employed by the US Bureau of Prisons as a Correctional Officer. Affiant has a bachelor's degree in criminology from Kansas State University. As a Special Agent with ATF and/or prior employment, affiant has conducted and/or participated in investigations involving arson, explosives, firearms, violent crime, gang related investigations, drug trafficking investigations, mail fraud, wire fraud, and money laundering. Affiant has utilized confidential informants to obtain information and evidence, conducted interviews of suspects and witnesses, written federal search warrant affidavits, and executed federal search warrants. Affiant has conducted and/or participated in investigations resulting in the seizure of firearms, explosives, narcotics, currency, vehicles, and other evidentiary items related to drug and violent crime investigations.

2.    This affidavit is made in support of an arrest warrant and complaint for Chase BOYD for violations of Title 18, United States Code, Section 922(g)(1), possession of ammunition by a convicted felon.

3.    The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from other law enforcement officers and witnesses, and other sources of information relative to firearms investigations. This affidavit is intended to show that there is sufficient probable cause for the requested complaint and arrest warrant and does not purport to set forth all of my knowledge of or investigation into this matter.

## STATEMENT OF PROBABLE CAUSE

4.    Affiant learned through communications with Wichita Police Department (WPD) that on April 7, 2025, at approximately 0914 hours, WPD was dispatched to a shots fired call located at 1312 South Meridian Ave., Wichita, Kansas 67213. Once on scene, WPD located spent ammunition casings and damage to the residence. WPD performed a neighborhood canvas, interviewing neighbors and obtained surveillance footage from 1325 South Meridian Ave., West View Baptist Church. From this surveillance footage, WPD observed, at approximately 0904 hours, a dark gray Nissan Maxima pulled into the church parking lot. At approximately 0912 hours, a passenger from the rear of the vehicle exited the vehicle, crossed South Meridian Avenue and walked to the driveway of 1312 South Meridian Avenue. The other three passengers from the Nissan Maxima walked to 1313 South Meridian Avenue. The first individual standing by 1312 South Meridian Avenue signaled the other three individuals and they crossed South Meridian and all walked to 1312 South Meridian Avenue. Two of the individuals then walked to the backyard of 1312 South Meridian Avenue while the other two individuals remained in front of the residence, all four individuals appeared to have guns in their hands. Two individuals, one wearing red and

one wearing black, then exited the residence and shots were exchanged between the two groups of individuals. The four individuals from the Nissan Maxima ran Westbound across South Meridian Avenue.

5.  The Affiant learned through communications with WPD that on April 7, 2025, WPD executed a search warrant located at 1312 South Meridian Avenue and recovered from the residence: electronic surveillance devices containing the video footage of the shooting incident, in addition to, (1) Black Taurus G2C 9mm semi-automatic pistol, (1) Ruger AR556 rifle, and 9mm/40 caliber/.223 ammunition.

6.  Affiant reviewed the surveillance footage recovered by WPD from 1312 South Meridian Avenue and observed that on April 7, 2025, at approximately 0912 hours, four male individuals approached the residence. Two individuals stayed near the Southwest corner near the front of the residence while the other two individuals walked down the driveway of the residence toward the backyard. BOYD is identified by law enforcement as being one of the two individuals that walked into the backyard of the residence. He is specifically identified as the individual wearing a black hoodie, black pants and brown boots. As BOYD approached the Southeast corner of the residence, he appeared to point a pistol at the back door of the residence as he approached two vehicles that are parked behind the residence. BOYD then vandalized the vehicles by stabbing all four tires of both vehicles with a sharp object. BOYD then left the backyard of the residence toward South Meridian with the second male. As BOYD is leaving the backyard, the rear door of the residence opened and there appeared to be a firearm fired at the ground. BOYD is then observed retreating away from the residence. As BOYD is retreating, he turned toward the residence with what appeared to be a semi-automatic pistol and fired approximately 2-3 times at the residence. BOYD then fell to the ground, gets back up, and then appeared to fire one additional time. BOYD

3

and the three other individuals then ran Westbound across South Meridian out of view of the surveillance video.

7. On April 15, 2025, law enforcement recovered two 9mm spent ammunition casings in the front yard of the residence located at 1318 South Meridian Ave. The two spent ammunition casings were located consistently where BOYD is observed firing a pistol at 1312 South Meridian Ave. on April 7, 2025.

8. BOYD is a previously convicted federal felon and is therefore prohibited from possessing firearms and/or ammunition. Specifically, BOYD was convicted of Distribution of Methamphetamine in the United States District Court District of Kansas in case number 6:08CR10177-001. BOYD was committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 92 months.

9. On April 17, 2025, a preliminary nexus was conducted on one of the two 9mm casings recovered on April 15, 2025. This casing is a 9mm Luger ammunition cartridge case with the markings (R-P * 9mm LUGER) having a metallic cartridge case and a center-fire primer. The * represents a dot after the "P" and "9mm LUGER" is centered at the 6 o'clock position. This ammunition is determined to be manufactured outside of the state of Kansas.

10. Based upon all of the information set forth in this affidavit, I believe that there is probable cause to believe that Chase BOYD violated Title 18, United States Code, Section 922(g)(1), possession of ammunition by a convicted felon.

Further Affiant Saith Not.

JORDAN L. PFENNINGER
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

5

Sworn to me and subscribed via Zoom this 17th day of April, 2025, at Wichita, Kansas.

__Brooks G. Severson__  
United States Magistrate Judge

_[signature: Brooks Severson]_  
Signature of Judicial Officer

5